UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NANCY CHAREST )<br>    Plaintiff, )<br>)<br>ABBY CHAREST )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ENHANCED RECOVERY )<br>COMPANY, LLC )<br>)<br>    Defendant. )<br>) | Case No. <u>1:13-cv-00337-JL</u> |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of all claims and counterclaims in this action with prejudice and without costs or attorneys' fees and waiving all rights of appeal.

Respectfully submitted,
Nancy Charest AND Abby Charest,
As INDIVIDUAL Plaintiffs,
By their Attorneys,

/s/ John F. Skinner, III
Atty. John F. Skinner III
NHBN: 19886
Skinner Law PLLC
587 Union Street, 2nd Flr.
Manchester, NH 03104
Tel: (603) 622-8100
Fax: (888) 912-1497
AttorneySkinner@gmail.com

Respectfully submitted,
ENHANCED RECOVERY COMPANY, LLC
By Its Attorneys,
McLANE, GRAF, RAULERSON & MIDDLETON,
PROFESSIONAL ASSOCIATION

By:   /s/ Steven J. Dutton
Mark C. Rouvalis, Bar No. 6565
mark.rouvalis@mclane.com
Steven J. Dutton, Bar No. 17101
steven.dutton@mclane.com
900 Elm Street, P.O. Box 326
Manchester, NH 03105
Tel: 603-625-6464
mark.rouvalis@mclane.com
steven.dutton@mclane.com

Dated: February 4, 2014

## Certificate of Service

      I hereby certify on this day, this document was filed through the Electronic Case Filing System of the United States District Court for the District of New Hampshire and will be served electronically by the court to the Registered Participants identified in the Notice of Electronic filing.

Dated: February 4, 2014

                                                    /s/ John F. Skinner, III
                                                    Atty. John F. Skinner III